# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of New Mexico

Case Number: D101-CV-2018-002263

Plaintiff:
**Barbara Mohon**

vs.

Defendant:
**Agentra LLC, Tracyann Nicole Hamilton and Jane Does 1-10**

LAB2018011603

For:
Sid Childress, Esq.
P.O. Box 2327
Santa Fe, NM 87504

Received by Aallen Bryant & Associates, Inc. on the 28th day of September, 2018 at 10:21 am to be served on **Tracyann Nicole Hamilton, 7971 Riviera Blvd #101, Miramar, FL 33023**.

I, Hector Castro, being duly sworn, depose and say that on the **15th day of October, 2018** at **4:06 pm**, I:

**Posted** by attaching a true copy of this **Summons; Request for Jury; Complaint for Violations of The Telephone Consumer Protection Act; Exhibits; The Unfair Practices Act and Torts; Motion for Alternate Service of Process on Defendant Tracy Ann Nicole Hamilton; Order Authorizing Alternate Service of Process** with the date and hour of service endorsed thereon by me, to a conspicuous place on the property described.

**Additional Information pertaining to this Service:**

This was served in accordance with the Order for Alternate Service. attempted 10/4 @ 11:50 AM, no answer; attempted 10/10 @ 2:30 PM, no answer

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true and correct, that I am a Sheriff's Appointed process server in the county in which service was effected in accordance with Florida Statutes and I have no interest in the above action.

Subscribed and Sworn to before me on the 18th day of October, 2018 by the affiant who is personally known to me.

NOTARY PUBLIC

EVERTON E BAGGOO
MY COMMISSION # GG 036687
EXPIRES: January 5, 2021

Hector Castro
SPS 287

Aallen Bryant & Associates, Inc.
P.O. Box 3828
Orlando, FL 32802
(407) 872-0560

Our Job Serial Number: LAB-2018011603

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0g

Posted
10/15/18 4:01p
HC # 287

DISTRICT COURT CLE[RK]
8/2/2018 1:43 P[M]
STEPHEN T. PACHEC[O]
Jennifer Rom[e]

| SUMMONS | |
|---|---|
| First Judicial District Court<br>Santa Fe County, New Mexico<br>225 Montezuma Ave<br>Santa Fe, NM 87501<br>**Court Telephone:** (505) 455 - 8250 | Case Number: D101-CV-2018-02263<br><br>Judge:   Hon. Francis J. Mathew |
| Plaintiff:   Barbara Mohon<br>v.<br>Defendants:  Agentra LLC, Tracyann Nicole Hamilton and Jane Does 1-10 | Defendant name:   TRACYANN NICOLE HAMILTON<br><br>Address:       7971 Riviera Blvd #101, Miramar, FL  33023 |

**TO THE ABOVE NAMED DEFENDANT**: Take notice that:

1. A lawsuit has been filed against you.  A copy of the lawsuit is attached.  The Court issued this Summons.
2. You must respond to this lawsuit in writing.  You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA).  The Court's address is listed above.
3. You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.
4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5. You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.
6. If you need an interpreter, you must ask for one in writing.
7. You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Santa Fe, New Mexico, this  2   day of August, 2018

STEPHEN T. PACHECO
CLERK OF COURT
By: /s/ Jennifer Rome
Deputy

/s/ Sid Childress

Sid Childress, Lawyer
PO Box 2327
Santa Fe, NM 87504
505-433-9823
Attorney for Plaintiff

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.