IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BARBARA MOHON,

    Plaintiff,

v.                                                                                     No. 18-cv-00915-JB-SCY

TRACYANN NICOLE HAMILTON et al,

    Defendants.

## **ASSIGNMENT OF JUDGMENT**

    Plaintiff Barbara Mohon hereby states:

1.    THAT on 6/5/19 a Judgment was entered by the Court in the above-entitled and numbered cause against the Defendant TRACYANN NICOLE HAMILTON ("the Judgment").

2.    There have been no renewals of the Judgment since its original entry by the Court.

3.    Plaintiff Barbara Mohon is the judgment creditor of record, c/o her attorney-of-record Sid Childress at 1925 Aspen Dr. #600A, Santa Fe, NM 87505.

4.    The judgment debtor is: TRACYANN NICOLE HAMILTON (a real person residing in Florida).

1

5.     I, Barbara Mohon, for consideration hereby transfer and assign all title, rights and interest in the Judgment to the following person:

SID CHILDRESS, 1925 Aspen Dr. #600A, Santa Fe, NM 87505

505-433-9823, childresslaw@hotmail.com

*Barbara Mohon*
BARBARA MOHON, judgment creditor

State of New Mexico           ))
County of Santa Fe            ))

Official Seal
M A BLISSELL
Notary Public
State of New Mexico
My Comm. Expires _____

On this  30  day of  April  , 2021, before me the undersigned authority personally appeared the person known by me to be Barbara Mohon, who being by me first duly sworn acknowledged to me that she signed and executed the foregoing document for the purposes and consideration therein expressed. Witness my hand and official seal:

_M. A. Blissell_
Notary Public, State of New Mexico

My commission expires:

Feb. 15, 2022