IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BARBARA MOHON,

    Plaintiff,

v.                                                               No. 18-cv-00915-JB-SCY

TRACYANN NICOLE HAMILTON et al,

    Defendants.

## ASSIGNMENT OF JUDGMENT

    I, SID CHILDRESS, on February 24, 2022 affirm under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. Section 1746 that I have read this Declaration and the facts stated below are true and correct within my personal knowledge.

1.    On 6/5/19 a Judgment was entered by the Court in the above-entitled and numbered cause against the Defendant TRACYANN NICOLE HAMILTON ("the Judgment").

2.    There have been no renewals of the Judgment since its original entry by the Court.

3.    By Doc. 72 filed in the above-entitled and numbered cause on 6/2/21 Plaintiff Barbara Mohon assigned the Judgment to me.

4.    I, Sid Childress, for consideration do hereby transfer and assign all title, rights and interest in the Judgment to the following person:

        CRAIG CUNNINGHAM, 3000 Custer Rd. #270-206, Plano, TX 75075

        615-348-1977, projectpalehorse@hushmail.com

1

_____
Sid Childress, judgment creditor
1925 Aspen Dr. #600A
Santa Fe, NM 87505
childresslaw@hotmail.com
(505) 433 - 9823