IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Civil Action No. 1:18-cv-00915-MIS-SCY

BARBARA MOHON,

        Plaintiff,

v.

AGENTRA LLC, TRACYANN NICOLE HAMILTON and Jane Does 1-10

        Defendants.

## DECLARATION OF TRACYANN NICOLE HAMILTON IN SUPPORT OF DEFENDANT'S MOTION TO SET ASIDE DEFAULT JUDGMENT

1. I, TracyAnn Nicole Hamilton, am over the age of eighteen years and am competent to make this declaration.

2. I have knowledge of the matters set forth in this declaration, based on my personal knowledge.

3. I am informed that Plaintiff Barbara Mohon filed a lawsuit against myself and Agentra LLC ("Agentra") for telemarketing calls.

4. I have never been an employee of Agentra.

5. I am informed that Plaintiff asserts she served a copy of the Complaint at 7971 Riviera Blvd #101, Miramar, FL 33023 on October 15, 2018.

6. I had not worked at the Riveria Blvd. address since 2017, and my work was not as an employee of Agentra.

7. I have never resided at Riveria Blvd address.

8. On or about July 11, 2022 was the first time I learned that Plaintiff had obtained

1

a default judgment against me. This was the result of an investigation that begun when I discovered Plaintiff had garnished by TD Ameritrade account.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of August 2022, at Miami Gardens, FL.

*TracyAnn Nicole Hamilton* (signature)
TracyAnn Nicole Hamilton