## DECLARATION

I affirm under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. Section 1746 that I have read this Declaration and the facts stated below are true and correct within my personal knowledge.

1. I am Plaintiff's attorney in the case no. 18-cv-915 in the US District Court for New Mexico and have knowledge of proceedings in the case.

2. A dispute resolution that resulted in the dismissal of all Plaintiff's claims against Agentra LLC in the case, was that all discovery products received from Agentra were destroyed or deleted. Therefore Plaintiff and her undersigned attorney are unable to disclose these items at this time. Statements about the prior discovery with Agentra are based on my recollection and review of work-product in this case.

3. If Defendant Hamilton's motion to set aside the default judgment were granted, Plaintiff would be prejudiced by having to engage in renewed duplicative discovery with Agentra LLC to provide the Court with evidence from Agentra showing that (a) throughout the years 2018 and 2019 Defendant personally regularly used the email address tracyann@deanhamiltoninsurance.com and (b) that Agentra put Hamilton on notice of Plaintiff Mohon's Summons and Complaint, prior to the Court's entry of the Default Judgment, by asking for her cooperation in coordinating a defense.

4. Exhibits 2-15 to Plaintiff's Response to Defendant's Doc. 113 and Page 52 of Doc. 1-1 are public information from the State of Florida that I retrieved. Florida's Division of Corporations has provided a conspicuous website at sunbiz.org where visitors can search for and retrieve true

copies of corporate filings, in electronic pdf format, for free. A visitor may search by entity name or registered agent name. The exhibits were located by searching for "Tracyann Hamilton". I attach to this Declaration 3 photos which accurately depict what any visitor to Florida's website can readily locate, view, read and/or retrieve about Defendant Hamilton.

5. Exhibit 16 to Plaintiff's Response to Doc. 113 is also public information that I personally retrieved. I did so by writing a letter to Florida's Department of Financial Services requesting available public information pertaining to Defendant's license to be an insurance agent in Florida.

Signed on August 22, 2022 by:

_____
Sid Childress, Lawyer
Attorney for Plaintiff



Department of State / Division of Corporations / Search Records / Search by Officer or Registered Agent /

## Officer/Registered Agent Name List

Hamilton, TracyAnn    Search

| Officer/RA Name | Entity Name | Entity Number |
|---|---|---|
| HAMILTON, TRACYANN | DEAN-HAMILTON INSURANCE, CORP | P19000047914 |
| HAMILTON, TRACYANN N | DEAN-HAMILTON INSURANCE, LLC | L14000148002 |
| HAMILTON, TRACYANN N | DEAN-HAMILTON INSURANCE, LLC | L14000148002 |
| HAMILTON, TRACYANN N | DEAN-HAMILTON SOCIOECONOMIC DEVELOPMENT, CORP | N19000005871 |
| HAMILTON, TRACYANN N | DEAN-HAMILTON SOCIOECONOMIC DEVELOPMENT, CORP | N19000005871 |
| HAMILTON, TRACYANN N | SMITH & HAMILTON CORP | P20000022558 |
| HAMILTON, TRACYANN NICOLE | DEAN-HAMILTON INSURANCE, CORP | P19000047914 |
| HAMILTON, TRACYANN NICOLE | SMITH & HAMILTON CORP | P20000022558 |
| HAMILTON, TRACY L | TLH APPRAISALS, LLC | L10000008758 |
| HAMILTON, TRACY L | TLH APPRAISALS, LLC | L10000008758 |
| HAMILTON, TRACY N | DYOR'S BOUTIQUE & ACCESSORIES INC | P10000035959 |
| HAMILTON, TRAVIS | PANHANDLE MERCANTILE LLC | L17000066007 |
| HAMILTON, TRAVIS | HONOLUA HOMES INC. | P15000017152 |
| HAMILTON, TRAVIS L | PANHANDLE MERCANTILE LLC | L17000066007 |
| HAMILTON, TRAVIS M | THE LAGADO GROUP LLC | L01000019493 |
| HAMILTON, TRAVIS M | THE LAGADO GROUP LLC | L01000019493 |
| HAMILTON, MTRAVIS, TRAVIS | HAMILTON CAPITAL PARTNERS LTD | L04000055802 |
| HAMILTON, TREASURE | THE FAMILY LIFE CENTER OF OCALA, INC. | N19000003576 |
| HAMILTON, TREASURE T | EMMA'S HOUSE OF REFUGE, INC. | N09000000407 |

Next List

Florida Department of State, Division of Corporations

## Florida Department of State, Division of Corporations

### Detail by Officer/Registered Agent Name

**Florida Limited Liability Company**
DEAN-HAMILTON INSURANCE, LLC

**Filing Information**

| | |
|---|---|
| Document Number | L14000148022 |
| FEI/EIN Number | 47-1892556 |
| Date Filed | 09/22/2014 |
| Effective Date | 09/21/2014 |
| State | FL |
| Status | INACTIVE |
| Last Event | LC VOLUNTARY DISSOLUTION |
| Event Date Filed | 05/23/2019 |
| Event Effective Date | NONE |

**Principal Address**
7971 Rivera Blvd
SUITE 101
Miramar, FL 33023

Changed: 01/10/2018

**Mailing Address**
1982 NW 2ND AVENUE
SUITE 101
MIAMI GARDENS, FL 33169

Changed: 02/17/2016

**Registered Agent Name & Address**
HAMILTON, TRACYANN N
1982 NW 2nd Ave
MIAMI GARDENS, FL 33169

Name Changed: 01/09/2019
Address Changed: 01/12/2017

**Authorized Person(s) Detail**

**Name & Address**
Title President
Hamilton, Tracyann N
7971 Riviera Blvd
SUITE 101
Miramar, FL 33023

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2017 | 01/12/2017 |
| 2018 | 01/10/2018 |
| 2019 | 04/09/2019 |

**Document Images**

05/23/2019 -- LC Voluntary Dissolution — View image in PDF format
04/09/2019 -- ANNUAL REPORT — View image in PDF format
01/10/2018 -- ANNUAL REPORT — View image in PDF format
01/12/2017 -- ANNUAL REPORT — View image in PDF format
02/17/2016 -- CORLCRACHG — View image in PDF format
01/09/2019 -- REINSTATEMENT — View image in PDF format
09/22/2014 -- Florida Limited Liability — View image in PDF format