N19000005871

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



800357043218

01/04/21--01025--012  **35.00



FILED
2021 JAN -4 PM 3:26
SECRETARY OF STATE
TALLAHASSEE, FL

v/ STRIKE
FEB 1 2021

## TRANSMITTAL LETTER

**TO:** Amendment Section
Division of Corporations

**SUBJECT:** Dean-Hamilton Socioeconomic Development, Corp.
(Name of Corporation)

**DOCUMENT NUMBER:** N19000005871

The enclosed Officer/Director Resignation for a Corporation and fee are submitted for filing.

Please return all correspondence concerning this matter to the following:

Tracyann Hamilton
(Name of Person)

dean-Hamilton Socioeconomic Development, Corp.
(Name of Firm/Company)

7971 Rivera Boulevard, STE 101
(Address)

Miramar, Florida 33023
(City/State and Zip Code)

For further information concerning this matter, please call:

Tracyann Hamilton at (954) 504-7111
(Name of Person)    (Area Code & Daytime Telephone Number)

Enclosed is a check for $35.00 made payable to the Florida Department of State.

**Mailing Address:**
Amendment Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

**Street Address:**
Amendment Section
Division of Corporations
2661 Executive Center Circle
Tallahassee, FL 32301

CR2E044 (05/13)

## OFFICER / DIRECTOR RESIGNATION
## FOR A CORPORATION

I, **Cheryl Smith**, hereby resign as **Director**
(Title)

of **Dean Hamilton Socioeconomic Development, Corp.**
(Name of Corporation)

**N19000005871**, a corporation organized under the laws of the State of
(Document Number, if known)

**Florida**

*Cheryl Smith*
(Signature of resigning officer/director)

FILING FEE IS $35.00

Make checks payable to Florida Department of State and mail to:

Amendment Section
Division of Corporations
P.O. Box 6327
Tallahassee, Florida 32314