IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

BARBARA MOHON,

        Plaintiff,

v.                                               case no.   1:18-cv-00915 MIS/SCY

TRACYANN NICOLE HAMILTON,

        Defendant.

## NOTICE OF COMPLETION OF BRIEFING

TO THE HONORABLE COURT:

    Defendant's Motion to set aside Default Judgment ("the motion"), Doc. 113, was filed on 08/11/22. Plaintiff's Response was filed on 8/24/22 as Doc. 115. Defendant filed her Reply, Doc. 116, on 09/07/22. In accordance with D.NM.LR-Civ-7.4(e) the motion is ready for decision.

                                        RESPECTFULLY SUBMITTED,

                         By:   /s/ Sid Childress

                                Sid Childress, Lawyer
                                1925 Aspen Dr. #600A
                                Santa Fe, NM 87505
                                childresslaw@hotmail.com
                                (505) 433 - 9823
                                Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I caused this document to be served in accordance with D.N.M.LR-CIV. 5.1 by filing it through the Court's CM/ECF electronic filing system.

/s/ Sid Childress
_____